TDCJ Offender Details

83,523-01

  

# Offender Information Details

Return to Search list

| | |
|---|---|
| **SID Number:** | 07820235 |
| **TDCJ Number:** | 01823309 |
| **Name:** | WOODARD,JACOB |
| **Race:** | B |
| **Gender:** | M |
| **DOB:** | 1992-12-23 |
| **Maximum Sentence Date:** | LIFE WITHOUT PAROLE |
| **Current Facility:** | ALLRED |
| **Projected Release Date:** | LIFE WITHOUT PAROLE |
| **Parole Eligibility Date:** | LIFE WITHOUT PAROLE |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days.* **Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.**

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

**Offense History:**

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| 2012-02-07 | CAPITAL MURDER | 2012-11-09 | ANGELINA | 2012-0227 | 5555-55-55 |